JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JUAN ENRIQUE LOPEZ,

              Petitioner,

       v.

CALIFORNIA SUPREME COURT,

              Respondent.

CASE NO. 2:21-cv-09636-MCS (SK)

**JUDGMENT**

Pursuant to the Order Dismissing Action for Lack of Jurisdiction, **IT IS ADJUDGED** that the action is dismissed without prejudice.

DATED: December 23, 2021

 

HON. ᴹARK C. SCARSI
U.S. DISTRICT JUDGE